NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER GRANDBERRY,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2010-3091

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. DE3443060300-B-2 and DE4324090104-I-1.

---

## ON MOTION

---

## ORDER

Counsel for the petitioner submits two motions for leave to withdraw. Separately, Sylvester Grandberry moves for leave to participate in oral argument pro se.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for leave to withdraw are granted.

(2) Grandberry's motion for oral argument is deferred for consideration by the merits panel assigned to decide this case.

(3) A copy of Grandberry's motion and this order shall be transmitted to the merits panel assigned to decide this case.

FOR THE COURT

__SEP 1 5 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert P. Stone, Esq.
      Sylvester Grandberry
      Scott D. Austin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 5 2010

JAN HORBALY
CLERK